UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cynthia Turner

Case No.: 17-16571/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable **Andrew B. Altenburg, Jr.** on **June 27, 2017** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **4B**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
212 Cardinal Lane, Mount Holly, NJ 08060

FMV - $127,800.00

Liens on property:    $151,731.75 - Select Portfolio Servicing

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-16571-ABA
Cynthia Turner                                                                      Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 23, 2017
                              Form ID: pdf905          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
```
db            +Cynthia Turner,    40 Foxglove Drive,    Delran, NJ 08075-2042
516769725      Altas Spine LLC,    201 Creek Road,    Hainesport, NJ 08036
516769726     +Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516741272    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516769734     +Brian and Faith Sutton,    40 Foxglove Drive,    Delran, NJ 08075-2042
516741273     +Clifford Livingston,    440 Grand Avenue,    Trenton, NJ 08610-5049
516741274     +Credit Protection Assoc,    Po Box 802068,    Dallas, TX 75380-2068
516769728     +Diagnostic Pathology Consultants,    520 E 22nd Street,    Lombard, IL 60148-6110
516741275     +Ferney Agudelo,    12 Cypress Lane,    Willingboro, NJ 08046-3408
516769729     +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516741277     +Hsbc/boscv,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
516741279     +Joan E. Agudelo,    608 Ogden Drive,    Mount Holly, NJ 08060-2425
516741280     +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516769730     +Larchmont Medical Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
516769731     +Lourdes Health System,    PO Box 822112,    Philadelphia, PA 19182-2112
516769732     +Lourdes Medical Center,    218 Sunset Road,    Willingboro, NJ 08046-1110
516741281     +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516741283     +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516741284     +Transnatl,    1162 St Georges Avenue,    Avenel, NJ 07001-1263
516769733     +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
516741285     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 23 2017 22:31:07     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2017 22:31:06     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516741270     +E-mail/Text: bk@residentcollect.com May 23 2017 22:31:16     Allied Collection Services,
                4230 Lyndon B. Johnson Fwy,    4th Floor,    Dallas, TX 75244-5882
516741271     +E-mail/Text: ally@ebn.phinsolutions.com May 23 2017 22:30:26     Ally Financial,
                Po Box 380901,    Bloomington, MN 55438-0901
516769727     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 23 2017 22:31:45
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516741276     +E-mail/Text: ally@ebn.phinsolutions.com May 23 2017 22:30:26      G M A C,    Po Box 105677,
                Atlanta, GA 30348-5677
516741278      E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 22:31:18     Jefferson Capital Systems, LLC,
                16 Mcleland Rd,    Saint Cloud, MN 56303
516741282     +E-mail/Text: bankruptcy@sw-credit.com May 23 2017 22:31:08     Southwest Credit Systems,
                4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 17-16571-ABA    Doc 16    Filed 05/25/17    Entered 05/26/17 00:37:16    Desc Imaged
Certificate of Notice    Page 3 of 3

```
District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: May 23, 2017
                              Form ID: pdf905           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        Warren S. Jones, Jr.    on behalf of Debtor Cynthia  Turner email@warrensjones.com, bestcasewsj@gmail.com;r46134@notify.bestcase.com

                                                                 TOTAL: 4